IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH R. NORTHERN**                                                                                         **PLAINTIFF**

**v.**                                            **2:19cv00033-BRW-JJV**

**ANDREW SAUL,**
**Commissioner,**
**Social Security Administration,**                                                   **DEFENDANT**

## ORDER

I have received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After carefully considering the objections and making a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 20th day of February, 2020.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE