**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**KENNETH R. NORTHERN**                                                        **PLAINTIFF**

**v.**                                          **2:19cv00033-BRW-JJV**

**ANDREW SAUL,**
**Commissioner,**
**Social Security Administration,**                                          **DEFENDANT**

## <u>JUDGMENT</u>

Based on the Order filed today, the decision of the Commissioner is affirmed and

Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 20th day of February, 2020.


<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE